FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 22 2011

CENTRAL DISTRICT OF CALIFORNIA
BY Shy DEPUTY

ENTER / JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JOSE MANUEL ZUMAYA, | Case No. CV 11-03851 VBF (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| MICHAEL D. MCDONALD, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 21, 2011

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 22 2011

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY