ENTER / JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE MANUEL ZUMAYA,<br>Petitioner,<br>v.<br>MICHAEL D. MCDONALD,<br>Respondent. | Case No. CV 11-03851 VBF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 21, 2011

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE